Prepared by and return to:  
HomEq Servicing  
Attn: Mod Imaging-CA3507  
4837 Watt Avenue  
North Highlands, CA  95660

Account Number: REDACTED  
Record Number:

## Modification Agreement

This Modification Agreement ("Agreement") is made and entered into as of this <u>8</u>th day of <u>May,</u> <u>2009</u> by and between HomEq Servicing ("HomEq") and <u>CA-TRECE MAS'SEY</u> ("Borrower")

Whereas, HomEq is the holder or servicing agent of the holder of that certain Promissory Note ("Note") dated as of <u>03/08/2007</u>, executed by Borrower or Borrower's predecessor-in-interest in the original principal amount of <u>$368,000.00</u>.

WHEREAS, the Note evidences a loan ("Loan") to Borrower or Borrower's predecessor-in-interest and is secured by either a deed of trust or mortgage ("Security Instrument") dated as of <u>03/08/2007</u>. The Security Instrument encumbers certain real property ("Property") owned by Borrower (and is more specifically described in the Security Instrument).

WHEREAS, due to adverse economic circumstances, Borrower has requested that HomEq adjust the terms of the Note to permit Borrower to meet Borrower's Loan obligations in a full and in a timely manner.

WHEREAS, the requested adjustment will benefit all parties to the Loan and any junior lien holder by providing the Borrower an opportunity to meet the Loan obligations in a manner intended to help the Borrower avoid default on the Loan and the necessity of foreclosure on the Property.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. **NOTE MODIFICATIONS:**
(a)     **Outstanding Debt:**  Borrower agrees that the unpaid principal balance due on the Note of $366,683.72 shall be adjusted to $380,471.43 ("New Balance"), to reflect the amount of unpaid interest, late charges, fees and costs, advances for unpaid property taxes and/or insurance premiums (if applicable), less any amounts forgiven or deferred, as reflected on Attachment 'A'.

Borrower agrees to pay the New Balance to HomEq and has no defenses, claims or offsets with respect thereto. Interest will accrue on the New Balance at the interest rates, whether adjustable, variable or fixed, provided in the Note, unless modified by this Agreement.

(b)     **New Interest Rate:**  Effective on **05/01/2009**, Borrower's rate of interest will be **2.000%**. The interest rate will increase by **1.000%** on **05/01/2011**. The date on which the interest rate change is next scheduled to occur is hereby changed to **05/01/2014** . Subsequent interest rate changes will resume based on the frequency provided for in the Loan documents.

(c)     **New Monthly Payments; Payment Adjustments:**  Effective with Borrower's monthly payment due **06/01/2009**, Borrower's monthly Loan payment will be **$1,029.14**. This payment amount does not include additional amounts which may also be due for the payment of taxes and insurance premiums. The taxes and insurance payment amount will be due monthly, together with Borrower's scheduled Loan payment. Borrower agrees that a full payment hereunder and with respect to the Loan shall only be deemed to have been made when funds remitted include the required scheduled Loan payment and monthly portion of taxes and insurance premiums. The monthly payment will adjust in the month following any interest rate change, if applicable.

(d)     **Interest Rate and Payment Changes:**  Borrower's monthly payment and interest rate remains subject to change during the modification term, as long as the change results in an interest rate that is lesser or equal to the New Interest Rate. Should this condition occur, interest rate and payment changes will take place based on the time frames contained in the original loan documents. A notice of payment change will be sent before the change takes place.


REDACTED

Univ_Mod_Agreement - Rev 3.26.09  
Page 1

Account Number: REDACTED
Record Number

2. **ESTABLISHMENT OF IMPOUND/ESCROW ACCOUNT:**

Borrower acknowledges that HomEq will establish an impound/escrow account for the collection of property taxes and insurance premiums if such account is not currently in existence. Borrower has been notified of the estimated initial monthly amount that will be due for taxes and insurance and will be notified promptly after execution hereof of the final monthly amount that will be due for these items, if different. The Borrower will be notified of any subsequent changes as they occur.

3. **NO OTHER CHANGES:**

Except as expressly adjusted by this Agreement, all of the covenants, agreements, stipulations and conditions in the Note and the Security Instrument remain unmodified and in full force and effect without any defense, counterclaim, right or claim of set-off. None of Borrower's obligations or liabilities under the Security Instrument shall be diminished or released by any provisions herein, nor shall this Agreement in any way impair, diminish, or affect any of the Borrower's rights or remedies in the Security Instrument, whether such rights or remedies arise herein or by operation of law.

4. **ENTIRE AGREEMENT:**

This Agreement constitutes the entire Agreement between the parties regarding the subject matter hereof. Except as otherwise provided herein, this Agreement supersedes all prior and contemporaneous agreements, understandings, negotiations and discussions, whether written or oral, of the parties hereto, relating to the Note and Security Instrument.

5. **VOLUNTARY EXECUTION:**

Borrower is encouraged to review this Agreement with his/her legal advisor prior to signing it, but by signing below Borrower acknowledges and agrees that Borrower has voluntarily signed this Agreement.

IN WITNESS WHEREOF, the undersigned have executed this Modification Agreement as of the date first above written.

BORROWER

Signature: *[signed]*   Date: 6/17/09
Name: CA-TRECE MASSEY

BORROWER

Signature: _____   Date: _____
Name: _____

HOMEQ SERVICING

Signature: *[signed]*   Date: JUN 25 2009
Name: **Alan Farrell, Vice President**
Title: _____

Univ_Mod_Agreement - Rev 3.26.09
Page 2

| **ATTACHMENT 'A'** | | **Record #** 46818 | **Loan #** REDACTED |
|---|---|---|---|
| **AMOUNTS PAST DUE – CAPITALIZED / OWED** | | **LOAN INFORMATION** | |
| Delinquent Interest | $12,822.66 | Borrower Name: | |
| Late Charges | $776.70 | | MAS'SEY, CA-TRECE |
| NSF Fees | $0.00 | | |
| Negative Escrow Balance | $3,505.55 | | |
| Corporate Advances | $1,182.80 | Prop Address: | |
| Mortgage Insurance Premium | $0.00 | | 6601 SPRINGPARK AVE |
| Modification Fee | $0.00 | | LOS ANGELES, CA 90056 |
| Other Fees | $0.00 | | |
| OSFC | $0.00 | Note Date: | 03/08/2007 |
| Other _____ | $0.00 | Orig Amt: | $368,000.00 |
| | $18,287.71 | MTG/Deed Date: | 03/08/2007 |

**BORROWER CREDITS (-)**

| | | |
|---|---|---|
| Contribution Amt | $4,500.00 | |
| Suspense Bal | $0.00 | |
| Other Credit | $0.00 | |
| | $4,500.00 | |

**NET PRINCIPAL CAPITALIZATION (DECREASE)**    $13,787.71

**MODIFICATION TERMS:**

| **MODIFIED TERMS:** | **NEW TERMS:** | **EXISTING TERMS:** |
|---|---|---|
| Principal Balance | $380,471.43 | $366,683.72 |
| P&I Payment | $1,029.14 | $1,939.86 |
| Escrow Payment | $308.24 | $309.55 |
| Total Payment | $1,337.38 | $2,249.41 |
| Due Date | 06/01/2009 | 11/01/2008 |
| Interest Rate | 2.000% | 6.000% |
| Rate Type | STEP ARM | ARM |
| Remaining Term | 575 | 582 |
| Maturity Date | 04/01/2037 | 04/01/2037 |
| Interest Only Expiration Date | N/A | N/A |
| Other _____ | N/A | N/A |
| **REPAYMENT PLAN** | | |
| Begin Date | N/A | |
| End Date | N/A | |
| P&I Payment | N/A | |
| Escrow Payment | N/A | |
| Total Monthly Payment | N/A | |

_[Signature]_ Ca-Trece Mas'sey
Borrower Acknowledgment

Date: 6/17/09

_____
Borrower Acknowledgment

Date: _____

# HomEq Servicing

05/08/2009

HomEq Servicing CA3507
4837 Watt Avenue Suite 100
North Highlands, Ca 95660

CA-TRECE MAS'SEY

6601 SPRINGPARK AVENUE #14
LOS ANGELES, CA 90056
Re:       Loan Number: **REDACTED**       Record Number:   46818
Property:    6601 SPRINGPARK AVE
             LOS ANGELES, CA 90056

Dear Borrower(s):

In response to your request for assistance, the terms of your loan will be adjusted to assist you during this time of financial difficulty. The attached Agreement has been prepared for your signature(s). Please read the agreement carefully. You may want to review it with a financial advisor before signing. The Agreement includes the following changes being made to your loan:
Unpaid principal balance
Principal and interest monthly payment
Escrow monthly payment amount
Next Payment Due Date
Interest rate
Remaining term

In accordance with the Agreement, your new monthly payment will be due 06/01/2009, in the amount of $1,337.38. This payment includes $1,029.14 for the new principal and interest payment and $308.24 for the estimated impound/escrow payment.

To make the Agreement effective, the following must be received within ten (10) days of the date of this letter:
The Agreement, signed.
Attachment A, signed.
A copy of your most recent property tax bill(s).
A copy of your current homeowner's (and wind, if applicable) insurance policy (declaration's page only).
A copy of your current flood insurance policy (declarations page only).
A cashier's check in the amount of $4,500.00
Please return the Agreement and cashier's check to:
    HomEq Servicing CA3507
    4837 Watt Avenue Suite 100
    North Highlands, CA 95660

If you have any questions regarding the Agreement, please contact me at (800) 795-5125.

Sincerely,


HomEq Servicing

HomEq Servicing is a debt collector. HomEq is attempting to collect a debt and any information obtained will be used for that purpose.

IMPORTANT: You are hereby notified that we may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may also be reflected on your credit report.

Exhibit A Page 10