| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Office of Steven L. Bryson<br>11377 W. Olympic Blvd. Ste 500<br>Los Angeles, CA  90064<br>Bar No. 86014<br>Ph: 310-477-4555<br>Fax: 310-473-4556<br>Email: Office@SteveBryson.com | |

☐ Individual appearing without attorney
☒ Attorney for: Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Ca-Trece Roxanne Mas'sey,<br><br><br>Debtor(s). | CASE NO.: 2:11-35416-WB<br>CHAPTER: 13<br><br>**NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No hearing required unless requested under LBR 3015-1(w)] |
|---|---|

1. NOTICE IS HEREBY GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing:** Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date: 9/11/2015

_____
Signature of Debtor or attorney for Debtor

Steven L. Bryson
Printed name of Debtor or attorney for Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                   Page 1              F 3015-1.05.NOTICE.MODIFY.SUSPEND

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Office of Steven L. Bryson<br>11377 W. Olympic Blvd. Ste 500<br>Los Angeles, CA  90064<br>Bar No. 86014<br>Ph: 310-477-4555<br>Fax: 310-473-4556<br>Email: Office@SteveBryson.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Ca-Trece Roxanne Mas'sey,<br><br><br>Debtor(s). | CASE NO.: 2:11-35416-WB<br>CHAPTER 13<br><br>**MOTION UNDER LBR 3015-1(n) AND (w)**<br>**TO MODIFY PLAN OR**<br>**SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |
|---|---|

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply)*:
   ☒ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☒ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 Plan:
   The Order Confirming Plan was entered on  09/12/2012 .
   Plan payment amount(s): $ 718.00  per month.
   Length of plan: 60  months.
   Percentage paid to Class 5 general unsecured creditors: 0.000  %.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                        Page 1                        **F 3015-1.05.MOTION.MODIFY.SUSPEND**

4. There have been __0__ previous modification or suspension orders.
   Plan payments have been suspended for __n/a__ months and/or the plan has been extended for __n/a__ months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s):$_____ per month.
   Length of plan: _____ months.
   Percentage paid to Class 5 general unsecured creditors: _____%.

6. Proposed modification:
   ☒ Suspend *(indicate number of plan payments)* _____ plan payments.
   ☐ Extend the term by *(indicate number of months)* _____ month(s).
   ☐ Reduce the term by *(indicate number of months)* _____ month(s).
   ☒ Increase the plan payment from $__718.00__ to $__1000.00__
   from (date) __9/15__ to (date) __10/15__. $2000.00 from 11/15 to 12/15; $15,000.00 on 1/16; $3000.00 from 2/16 to 6/16.
   ☐ Reduce the plan payment from $_____ to $_____
   from (date) _____ to (date) _____.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:
   The debtor was involved in a motor vehicle accident on 9/23/14 that impaired her ability to work. She has been recovering and has been working sporadically. She is going back to work on a full time basis this month and can increase her monthly plan payments according to the schedule above. She also anticipates a settlement from the accident which she intends to use to fund her plan. In addition, the pre-petition claim of the Laderan HOA has been resolved and should be either withdrawn or will be objected to so as to reduce the balance owed in her plan.

   *File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable __60__ months after the first plan payment was due.

9. If this motion is granted:

   a. ☒ There will be no change in the percentage paid to Class 5 general unsecured creditors,

   OR

   b. ☐ The percentage paid to Class 5 general unsecured creditors will change from _____% to _____%.

Date: 09/11/2015                                              _____
                                                              Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: 09/11/2015                                              _____
                                                              Debtor

Date: _____                                         _____
                                                              Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                F 3015-1.05.MOTION.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Office of Steven L. Bryson
11377 W. Olympic Blvd., #500, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): Motion to Modify Plan or Suspend Plan Payments; Declaration of Current /Postpetition Income and Expenses

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/16/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/16/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand, 255 E. Temple St., Ste. 1382, Los Angeles, CA 90012
Debtor: Ca-Trece Mas'sey, 6601 Springpark Ave., #14, Ladera Heights, CA 90056

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/16/15 | Amber Ojuri | /s/ Amber Ojuri |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        F 9013-3.1.PROOF.SERVICE

| In re: | | CHAPTER: 13 |
|---|---|---|
| Ca-Trece Roxanne Mas'sey | | |
| | Debtor(s). | CASE NUMBER: 2:11-bk-35416-WB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Served by the Court Via Notice of Electronic Filing cont.

  Jenelle C Arnold    jarnold@piteduncan.com
•Jared D Bissell    jared@rsbankruptcy.com
•Steven L Bryson    slblaw1@aol.com, ecf.SLB@gmail.com
•Steven L Bryson    slblaw1@aol.com, ecf.SLB@gmail.com
•Nancy K Curry (TR)    ecfnc@trustee13.com
•Evan M Daily    ecfcacb@piteduncan.com, edaily@piteduncan.com
•Philip J Giles    ecfcacb@aldridgepite.com, PJG@ecf.inforuptcy.com;pgiles@aldridgepite.com
•Josh Harrison    ADVSupport@w-legal.com, advnotices@w-legal.com
•Johnathan J Kirby    Johnathan.Kirby@JeffersonCapitalInternational.com
•Amy Payment    amy.payment@jeffersoncapitalinternational.com
•Casper J Rankin    ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
•Dhruv M Sharma    ecfcacb@piteduncan.com, crico@mcglinchey.com;selizondo@mcglinchey.com
•Lisa B Singer    bkmail@rosicki.com
•Ramesh Singh    claims@recoverycorp.com
• United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
•Robert P Zahradka    ecfcacb@aldridgepite.com, RPZ@ecf.inforuptcy.com;rzahradka@aldridgepite.com

Served by United States Mail cont:

see Attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                  **F 9013-3.1**

Label Matrix for local noticing
0973-2
Case 2:11-bk-35416-WB
Central District Of California
Los Angeles
Mon Sep 14 11:42:50 PDT 2015

AMS Servicing, LLC
3374 Walden Ave Ste 120
Depew, NY 14043-2437

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Midland Funding LLC by American InfoSource L
PO Box 4457
Houston, TX 77210-4457

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

The Bank of New York Mellon Trust Company, N
LAW OFFICES OF LES ZIEVE
30 Corporate Park, Suite 450
Irvine, ca 92606-3401

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

AEGIS RECEIVABLES MANAGEMENT INC.
PAYMENT PROCESSING
PO BOX 165809
IRVING, TX 75016-5809

AMERICAN EXPRESS
PO BOX 6618
OMAHA, NE 68106-0618

AMS Servicing LLC 3374
Walden Avenue
Suite 120
Depew, NY 14043

ASSOCIATED RECOVERY SYSTEMS
PO BOX 469046
ESCONDIDO, CA 92046-9046

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Asset Acceptance LLC
Po Box 2036
Warren MI 48090-2036

BANK OF AMERICA
P.O. BOX 1390
NORFOLK, VA 23501-1390

BANK OF AMERICA
PO BOX 17054
WILMINGTON, DE 19850-7054

BARCLAYCARD
CARD SERVICES
PO BOX 13337
PHILADELPHIA, PA 19101-3337

BLOOMINGDALES
P.O. BOX 183083
COLUMBUS, OH 43218-3083

BSI FINANCIAL
314 S. FRANKLIN ST.
P.O. BOX 517
TITUSVILLE, PA 16354-0517

CAL-WESTERN RECONVEYANCE CORP
P.O. BOX 22004
525 EAST MAIN STREET
EL CAJON, CA 92020-4007

CAPITAL ONE BANK
PO BOX 71083
CHARLOTTE, NC 28272-1083

CAVALRY PORTFOLIO SERVICES, INC.
P.O. BOX 1017
HAWTHORNE, NY 10532-7504

CAVALRY PORTFOLIO SERVICES, LLC
500 SUMMIT LAKE DRIVE SUITE 400
VALHALLA, NY 10595-2322

CHASE
CARD MEMBER SERVICE
P.O. BOX 94014
PALATINE, IL 60094-4014

CHASE
P.O. BOX 15298
WILMINGTON, DE 19850-5298

| | | |
|---|---|---|
| p) CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | (p) NCO FINANCIAL, INC.<br>300 SAINT PAUL PLACE<br>BALTIMORE, MD 21202-2120 | COLLECTCORP CORPORATION<br>455 NORTH 3RD ST., STE. 260<br>PHOENIX, AZ 85004-0630 |
| CREDITORS FINANCIAL GROUP<br>PO BOX 440290<br>AURORA, CO 80044-1500 | Candica L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| DIAZ & ASSOCIATES, INC.<br>17731 IRVINE BLVD., STE. 203<br>TUSTIN, CA 92780-3237 | Department Stores National Bank/Bloomingdale<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 |
| ENHANCED RECOVERY CORPORATION<br>8014 BAYBERRY RD.<br>JACKSONVILLE, FL 32256-7412 | Equable Ascent Financial, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | FIRSTSOURCE ADVANTAGE, LLC<br>205 BRYANT WOODS SOUTH<br>AMHERST, NY 14228-3609 |
| FMA ALLIANCE, LTD.<br>1811 NORTH FREEWAY, STE. 900<br>HOUSTON, TX 77060-3292 | FMA Alliance LTD<br>12339 Cutter Rd<br>Houston TX 77066-1807 | FRANKLIN COLLECTION SVC<br>2978 W. JACKSON ST.<br>TUPELO, MS 38801-6731 |
| GLOBAL CREDIT & COLLECTION CORP.<br>300 INTERNATIONAL DRIVE<br>MB #10015<br>WILLIAMSVILLE, NY 14221-5783 | Granite Recovery LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | HSBC FINANCE CORPORATION<br>PO BOX 3425<br>BUFFALO, NY 14240-3425 |
| I.C. SYSTEMS, INC.<br>444 HIGHWAY 96 EAST<br>P.O. BOX 64887<br>ST. PAUL, MN 55164-0887 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JCREW<br>PO BOX 659704<br>SAN ANTONIO, TX 78265-9704 |
| JPMORGAN CHASE LEGAL DEPARTMENT<br>300 S. GRAND AVE., 4TH FL<br>LOS ANGELES, CA 90071-3109 | KENOSIAN & MIELE, LLP<br>8581 SANTA MONICA BLVD., #17<br>LOS ANGELES, CA 90069-4120 | LADERAN HOMEOWNERS ASSN<br>C/O LOEWENTHAL, HILLSHAFER & CARTER, LLP<br>5700 CANOGA AVENUE, STE 160<br>WOODLAND HILLS, CA 91367-6565 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Laderan Homeowners Association<br>c/o Loewenthal Hillshafer and Carter<br>5700 Canonga Ave Ste 160<br>Woodland Hills CA 91367-6565 | MACY'S<br>PO BOX 689195<br>DES MOINES, IA 50368-9195 |
| MRS ASSOCIATES<br>1930 OLNEY AVENUE<br>CHERRY HILL, NJ 08003-2016 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |

| | | |
|---|---|---|
| NCB MANAGEMENT SERVICES, INC.<br>PO BOX 1099<br>LANGHORNE, PA 19047-6099 | NCO FINANCIAL SYSTEMS, INC<br>507 PRUDENTIAL ROAD<br>HORSHAM, PA 19044-2368 | NEIMAN MARCUS<br>P.O. BOX 5235<br>CAROL STREAM, IL 60197-5235 |
| NORDSTROM FSB<br>PO BOX 13589<br>SCOTTSDALE, AZ 85267-3589 | NORTHSTAR LOCATION SERVICES, LLC<br>4285 GENESEE ST.<br>CHEEKTOWAGA, NY 14225-1943 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155-6566 |
| Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>West Palm Beach FL 33416-4605 | PENTAGROUP FINANCIAL, LLC<br>5959 CORPORATE DRIVE, STE. 1400<br>HOUSTON, TX 77036-2311 | QUANTUM SERVICING<br>6302 E. MARTIN LUTHER KING BL.<br>STE 300<br>TAMPA FL 33619-1166 |
| REGIONAL ADJUSTMENT BUREAU, INC.<br>PO BOX 34111<br>MEMPHIS, TN 38184-0111 | RJM ACQUISITIONS, LLC<br>575 UNDERHILL BLVD., STE. 224<br>SYOSSET, NY 11791-4437 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| SAKS FIFTH AVENUE<br>P.O. BOX 60151<br>CITY OF INDUSTRY, CA 91716-0151 | SAKS PLATINUM MASTERCARD<br>P.O. BOX 60102<br>CITY OF INDUSTRY, CA 91716-0102 | STONELEIGH RECOVERY ASSOCIATES<br>PO BOX 1479<br>LOMBARD, IL 60148-8479 |
| Saks Fifth Avenue<br>P O Box 49352<br>San Jose CA 95161-9352 | Saks Platinum Mastercard<br>P O Box 49352<br>San Jose CA 95161-9352 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| The Bank of New York Mellon Trust Company<br>c/o Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | UNIFUND CCR PARTNERS<br>8581 SANTA MONICA BLVD. #17<br>LOS ANGELES, CA 90069-4120 | UNIFUND CCR PARTNERS<br>LAW OFFICES OF KENOSIAN AND MIELE<br>8581 SANTA MONICA BLVD. #17<br>LOS ANGELES, CA 90069-4120 |
| UNITED RECOVERY SYSTEMS, INC.<br>5800 NORTH COURSE DRIVE<br>HOUSTON, TX 77072-1613 | VICTORIA'S SECRET<br>P.O. BOX 659728<br>SAN ANTONIO, TX 78265-9728 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302-9617

Portfolio Recovery Associates, LLC
POB 41067
NORFOLK, VA 23541

CITI CARDS
PO BOX 688901
DES MOINES, IA 50368-8901

(d)HOME DEPOT
P.O. BOX 6028
THE LAKES, NV 88901

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302

(d)Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
NORFOLK, VA 23541

(d)Portfolio Recovery Associates, LLC
c/o HSBC Bank Nevada, N.A.
PO Box 41067
Norfolk VA 23541

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)The Bank Of New York Mellon Trust Company,

(du)The Bank of New York Mellon Trust Compa

(d)Rjm Acquisitions Llc
575 Underhill Blvd
Suite 224
Syosset, NY 11791-4437

(d)Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

End of Label Matrix
Mailable recipients    88
Bypassed recipients     5
Total                  93