B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

CENTRAL District Of CALIFORNIA

In re: CA-TRECE ROXANNE MAS'SEY    Case No. 11-35416

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust           Ocwen Loan Servicing, LLC
    Name of Transferee                                                                                                  Name of Transferor

Name and Address where notices to transferee should be sent:

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
Phone: (800)401-6587
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #: 1599

Court Claim # (if known): 17-2
Amount of Claim: $400611.14
Date Claim Filed: 09/11/2012

Phone: (858) 750-7600
Last Four Digits of Acct. #: 2802

Name and Address where transferee payments should be sent (if different from above):
Caliber Home Loans, Inc.
PO Box 24330
Oklahoma City, OK 73124
Phone: (800)401-6587
E-mail: SD-Bankruptcy@caliberhomeloans.com
Last Four Digits of Acct #: 1599

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Ankita Gupta                                                                    Date 01/13/2017
    AIS Data Services, LP as agent
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.