NANCY K. CURRY
CHAPTER 13 STANDING TRUSTEE
1000 WILSHIRE BLVD, SUITE 870
LOS ANGELES, CA 90017
Tel: (213)689-3014  FAX (213)689-3055

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) **CHAPTER 13** |
| | ) |
| | ) **CASE NO. LA 2:11-bk-35416-WB** |
| MAS'SEY, CA-TRECE ROXANNE | ) |
| | ) **NOTICE OF INTENT TO FILE TRUSTEE'S** |
| | ) **FINAL REPORT AND ACCOUNT, OBTAIN** |
| | ) **DISCHARGE OF CHAPTER 13 TRUSTEE AND** |
| | ) **ORDER CLOSING CASE** |
| Debtor ) | |

NOTICE IS HEREBY GIVEN that Nancy K. Curry, Chapter 13 Standing Trustee in the above-captioned case, intends to file a Final Report and Account, a copy of which is attached to this notice; and

NOTICE IS FURTHER GIVEN that any party who wishes to object to the Final Report and Account of an allowed claim shall file and serve a written objection and request a hearing. Any objection shall be filed with the Court and served upon the Chapter 13 Trustee at the address set forth above, the debtor, the debtor's attorney, and the United States Trustee.

NOTICE IS FURTHER GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee and close the case pursuant to 11 U.S.C. §350(a) and F.R.B.P., Rule 5009.

Failure to schedule a hearing and serve notice thereof shall be deemed a waiver/withdrawal of any objection, and the case will be closed accordingly. Filing a claim or amended claim does not constitute filing an "objection" for purposes of case closing. Contact your attorney for more information.

* Wherever applicable, the singular includes the plural. LBR 1001-2(b).

Executed on August 31, 2017                                          /S/ Nancy Curry

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: MAS'SEY, CA-TRECE ROXANNE §      Case No. 2:11-bk-35416-WB
§
§
Debtor(s) §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Nancy Curry, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 06/13/2011.

2) The plan was confirmed on 09/12/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 09/02/2015.

5) The case was completed on 12/09/2016.

6) Number of months from filing or conversion to last payment: 65.

7) Number of months case was pending: 74.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,830.00.

10) Amount of unsecured claims discharged without full payment: $130,245.29.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 55,981.87 | |
| Less amount refunded to debtor(s) | $ 139.60 | |
| **NET RECEIPTS** | | $ 55,842.27 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 16,082.42 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 2,683.54 |
| Other | $ 0.00 |

| | |
|---|---|
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 18,765.96 |
| Attorney fees paid and disclosed by debtor(s): | $ 2,500.00 |

**Scheduled Creditors:**

| Creditor Name | Cla- | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| LADERAN HOMEOWNERS | Sec | 0.00 | 5,776.52 | 0.00 | 89.21 | 0.00 |
| INTERNAL REVENUE SERVICE | Sec | 4,280.00 | 4,280.46 | 4,280.46 | 4,280.46 | 587.85 |
| UNIFUND CCR PARTNERS | Uns | 0.00 | 3,983.22 | 3,983.22 | 0.00 | 0.00 |
| CALIBER HOME LOANS, INC. | Sec | 26,480.00 | 32,118.79 | 32,118.79 | 32,118.79 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 23,964.00 | 23,964.02 | 23,964.02 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 2,413.13 | 2,413.13 | 2,413.13 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 1,466.99 | 1,466.99 | 1,466.99 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC. | Uns | 366.10 | 452.38 | 452.38 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC. | Uns | 1,062.64 | 1,119.97 | 1,119.97 | 0.00 | 0.00 |
| ASSET ACCEPTANCE | Uns | 19,014.21 | 19,498.68 | 19,498.68 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 1,104.39 | 1,246.24 | 1,246.24 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 422.89 | 470.00 | 470.00 | 0.00 | 0.00 |
| VANDA, LLC | Uns | 667.03 | 667.03 | 667.03 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES, | Uns | 8,632.66 | 9,204.99 | 9,204.99 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,193.61 | 1,303.62 | 1,303.62 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, | Uns | 4,383.34 | 4,736.73 | 4,736.73 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, | Uns | 4,324.51 | 4,693.80 | 4,693.80 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Cla- | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP. | Uns | 19,481.64 | 21,428.86 | 21,428.86 | 0.00 | 0.00 |
| SPRINT NEXTEL- DISTRIBUTIONS | Uns | 300.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 705.68 | 843.23 | 843.23 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 3,506.93 | 2,900.02 | 2,900.02 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 2,334.90 | 2,261.24 | 2,261.24 | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK, FSB | Uns | 5,365.11 | 5,365.11 | 5,365.11 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 633.22 | 796.64 | 796.64 | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 4,569.57 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 13,013.02 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SV | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 2,300.76 | NA | NA | 0.00 | 0.00 |
| STONELEIGH RECOVERY | Uns | 635.88 | NA | NA | 0.00 | 0.00 |
| VICTORIA'S SECRET | Uns | 522.16 | NA | NA | 0.00 | 0.00 |
| STEVEN L. BRYSON | Lgl | 18,582.42 | 18,582.42 | 18,582.42 | 16,082.42 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 32,118.79 | $ 32,208.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 4,280.46 | $ 4,280.46 | $ 587.85 |
| **TOTAL SECURED:** | $ 36,399.25 | $ 36,488.46 | $ 587.85 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 109,115.90 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 18,765.96 |
| Disbursements to Creditors | $ 37,076.31 |
| **TOTAL DISBURSEMENTS:** | $ 55,842.27 |

UST Form 101-13-FR-S (9/1/2009)

     12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 08/31/2017    By: /s Nancy Curry
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On August 31, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
MAS'SEY, CA-TRECE ROXANNE

6601 SPRINGPARK AVE., #14
LADERA HEIGHTS, CA 90056

Attorney for Debtor
STEVEN L. BRYSON

11377 W. OLYMPIC BLVD #500
LOS ANGELES, CA 90064-

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 31, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| August 31, 2017 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                            F 9013-3.1.PROOF.SERVICE

1135416 WB
MAS'SEY, CA-TRECE ROXANNE
6601 SPRINGPARK AVE., #14
LADERA HEIGHTS CA 90056

1135416 WB
INTERNAL REVENUE SERVICE
P.O. BOX 7317
PHILADELPHIA PA 19101-7317

1135416 WB
LADERAN HOMEOWNERS ASSOCIATION
C/O LOEWENTHAL, HILLSHAFER & CARTER
5700 CANOGA AVENUE, SUITE 160
WOODLAND HILLS CA 91367-

1135416 WB
INTERNAL REVENUE SERVICE
P.O. BOX 7317
PHILADELPHIA PA 19101-7317

1135416 WB
UNIFUND CCR PARTNERS
8581 SANTA MONICA BLVD., #17
LOS ANGELES CA 90069-

1135416 WB
CALIBER HOME LOANS, INC.
P.O. BOX 24330
OKLAHOMA CITY OK 73124-

1135416 WB
INTERNAL REVENUE SERVICE
P.O. BOX 7317
PHILADELPHIA PA 19101-7317

1135416 WB
JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 772813
CHICAGO IL 60677-2813

1135416 WB
JEFFERSON CAPITAL SYSTEMS, LLC
P.O. BOX 772813
CHICAGO IL 60677-2813

1135416 WB
NCO FINANCIAL SYSTEMS, INC.
P.O. BOX 4275
NORCROSS GA 30091-

1135416 WB
NCO FINANCIAL SYSTEMS, INC.
P.O. BOX 4275
NORCROSS GA 30091-

1135416 WB
ASSET ACCEPTANCE
P.O. BOX 2036
WARREN MI 48090-

1135416 WB
WORLD FINANCIAL NETWORK NATIONAL BANK
QUANTUM3 GROUP LLC
P.O. BOX 788
KIRKLAND WA 98083-0788

1135416 WB
WORLD FINANCIAL NETWORK NATIONAL BANK
QUANTUM3 GROUP LLC
P.O. BOX 788
KIRKLAND WA 98083-0788

1135416 WB
VANDA, LLC
C/O WEINSTEIN, PINSON AND RILEY, PS
P.O. BOX 3978
SEATTLE WA 98124-

1135416 WB
CAVALRY PORTFOLIO SERVICES, LLC
500 SUMMIT LAKE DR., #400
VALHALLA NY 10595-

1135416 WB
PRA RECEIVABLES MANAGEMENT
P.O. BOX 12914
NORFOLK VA 23541-

1135416 WB
MIDLAND CREDIT MANAGEMENT, INC.
2365 NORTHSIDE DRIVE, SUITE 300
SAN DIEGO CA 92108-

1135416 WB
MIDLAND CREDIT MANAGEMENT, INC.
2365 NORTHSIDE DRIVE, SUITE 300
SAN DIEGO CA 92108-

1135416 WB
ECAST SETTLEMENT CORP.
P.O. BOX 29262
NEW YORK NY 10087-9262

1135416 WB
SPRINT NEXTEL- DISTRIBUTIONS
ATTN: BANKRUPTCY DEPT.
P.O. BOX 3326
ENGLEWOOD CO 80155-3326

1135416 WB
PRA RECEIVABLES MANAGEMENT
P.O. BOX 12914
NORFOLK VA 23541-

1135416 WB
PRA RECEIVABLES MANAGEMENT
P.O. BOX 12914
NORFOLK VA 23541-

1135416 WB
MIDLAND FUNDING LLC
C/O AMERICAN INFOSOURCE
P.O. BOX 4457
HOUSTON TX 77210-4457

1135416 WB
AMERICAN EXPRESS BANK, FSB
C\O BECKET & LEE LLP
P.O. BOX 3001
MALVERN PA 19355-0701

1135416 WB
LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
P.O. BOX 10587
GREENVILLE SC 29603-0587

1135416 WB
BANK OF AMERICA
P.O. BOX 1390
NORFOLK VA 23501-1390

1135416 WB
CHASE
P.O. BOX 15298
WILMINGTON DE 19850-

1135416 WB
FRANKLIN COLLECTION SV
2978 W JACKSON ST
TUPELO MS 38803-

1135416 WB
HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES NV 88901-6028

1135416 WB
STONELEIGH RECOVERY ASSOCIATES
P.O. BOX 1479
LOMBARD IL 60148-8479

1135416 WB
VICTORIA'S SECRET
P.O. BOX 659562
SAN ANTONIO TX 78265-

1135416 WB
STEVEN L. BRYSON
TRIDENT CENTER
11377 W. OLYMPIC BLVD #500
LOS ANGELES CA 90064-