| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven L. Bryson                              SBN: 86014<br>Law Office of Steven L. Bryson<br>11377 W. Olympic Blvd., Ste. 500<br>Los Angeles, CA  90064<br><br>(310) 477-4555 -- phone<br>(310) 473-4556 -- fax<br><br>Office@SteveBryson.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Ca-Trece Roxanne Mas'sey,<br><br><br><br><br><br><br><br><br><br>                                    Debtor(s). | CASE NO.: 2:11-bk-35416-WB<br>CHAPTER: 13<br><br>**NOTICE OF MOTION FOR:**<br>Determination of Whether Debtor has Paid all Required Post-Petition Amounts [Rule 3002.1(h)]<br><br><br><br>*(Specify name of Motion)*<br><br>DATE: 11/01/2017<br>TIME:  1:30 pm<br>COURTROOM: 1375<br>PLACE: 255 E. Temple St., Los Angeles, CA |

1. TO (*specify name*):  U.S. Bank Trust, N.A., as Trustee for LSF9 Master Particpation Trust

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 Page 1                                                F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 9/18/2017

Law Office of Steven L. Bryson
Printed name of law firm

Signature

Steven L. Bryson
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9013-1.1.HEARING.NOTICE

Steven L. Bryson, Esq.
LAW OFFICE OF STEVEN L. BRYSON
11377 W. Olympic Blvd., Ste. 500
Los Angeles, CA 90064
(310) 477-4555 – phone
(310) 473-4556 – fax
SLBLAW1@aol.com
Bar #86014
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

CA-TRECE ROXANNE MAS'SEY,

Debtor.

) Chapter 13
) Case No.: 2:11-bk-35416-WB
)
) MOTION TO DETERMINE WHETHER
) DEBTOR HAS PAID ALL REQUIRED
) POST-PETITION AMOUNTS AND, IF
) NOT, THE AMOUNT ACTUALLY OWED
)
) [BKCY RULE 3002.1(h)]
)
)
) Date: November 1, 2017
) Time: 1:30 pm
) Place: 255 E. Temple St., Courtroom 1375
)        Los Angeles, CA
)

TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE:

   COMES NOW, Debtor Ca-Trece Mas'sey, who hereby requests, pursuant to National Bankruptcy Rule 3002.1 (h), that a determination be made by this Court that the amount claimed to be owed post-petition by U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is incorrect, as set forth in their Response to Notice for

Motion to Determine Whether Debtor has Paid all Required Post-Petition Amounts and, if
not, the Amount Actually owed - 1

Final Cure Payment filed with the court and attached hereto as Exhibit 1.

The Debtor has supplied documentation, attached to this Motion, establishing certain payments that do not appear to be credited to her account and that would reduce the actual amount owed post-petition form the $29,081.34 claimed to $10,481.34 owed.

WHEREFORE, the Debtor prays that,

1. This Court find that the Debtor owes no more than $10,481.34 as the "final cure payment" required to be paid to U.S. Bank Trust., N.A., as Trustee for LSF9 Master participation Trust; and
2. For such other and further relief as is just.

LAW OFFICE OF STEVEN L. BRYSON

Dated: 9/18/2017

STEVEN L. BRYSON, Esq.
Attorney for Debtor

Motion to Determine Whether Debtor has Paid all Required Post-Petition Amounts and, if not, the Amount Actually owed - 2

Steven L. Bryson, Esq.
LAW OFFICE OF STEVEN L. BRYSON
11377 W. Olympic Blvd., Ste. 500
Los Angeles, CA 90064
(310) 477-4555 – phone
(310) 473-4556 – fax
Office@SteveBryson.com
Bar #86014
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

CA-TRECE ROXANNE MAS'SEY,

Debtor.

Chapter 13
Case No.: 2:11-bk-35416-WB

DECLARATION OF CA-TRECE MAS'SEY

I, CA-TRECE ROXANNE MAS'SEY, hereby declare as follows:

1) I am the Debtor in the above-captioned matter. The following information is personally known to me. If called as a witness, I could competently testify thereto.

2) I have reviewed the accounting provided by U.S Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust supplied by them in support of their Response to Notice of Final Cure Payment. That accounting appears to apply my payments to a suspense account. Commencing 6/27/2014, my suspense account appears to stay in the black (positive) until 7/11/2016, where it starts to build a negative balance each and every month thereafter, culminating in an arrearage of $29,081.34 as of 8/1/2017. It appears this arrearage generated from non-payment by me from 7/1/2016 through 8/1/2017. A copy of this Response is attached hereto as Ex. 1 and is included herein by this reference.

Declaration of Ca-Trece Roxanne Mas'sey - 1

3) I dispute this arrearage because during this time frame (7/1/2016-8/1/2017) I paid to U.S. Bank Trust a total amount of $18,600.00. This is reflected in the attached on-line Banking Statement form Bank of America, which automatically processes my monthly statements to this lender. This online banking statement is attached hereto as Ex. 2 and is incorporated herein by this reference.

4) Based on the above, I submit that I would owe, post-petition, no more than $10,481.34, the difference between the amount claimed to be owed by U.S Bank Trust less the amount I actually paid as set forth in attachment 1 hereto.

I declare under penalty of perjury that the foregoing is true and correct and this declaration is executed at  Houston, TX  , on September 18, 2017.

_____
CA-TRECE ROXANNE MAS'SEY

Declaration of Ca-Trece Roxanne Mas'sey - 2

**Fill in this information to identify the case:**

Debtor 1: Ca-Trece Roxanne Mas`sey

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: CENTRAL District of CALIFORNIA (State)

Case number: 2:11-bk-35416-WB

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

Court claim no. (if known): 17-2

Last 4 digits of any number you use to identify the debtor's account: XXXXXX1599

Property address: 6601 SPRINGPARK AVE APT 14
Number    Street

LOS ANGELES CA 90056
City    State    ZIP Code

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __/__/____
MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $29,081.34

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $0.00

c. Total. Add lines a and b.    (c) $29,081.34

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    07 / 01 / 2016
MM / DD / YYYY

EXHIBIT 1

---

Debtor 1  Ca-Trece Roxanne Mas'sey
First Name    Middle Name    Last Name

Case number (if known) 2:11-bk-35416-WB

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number is different from the notice address listed on the proof of claim to which this response applies.

X /s/ Christina J. O
Signature

Date  08/29/2017

Print:  Christina J. O
First Name    Middle Name    Last Name

Title  Attorney

Company  Malcolm Cisneros

If different from the notice address listed on the proof of claim to which this response applies:

Address  2112 Business Center Drive
Number    Street

Irvine    CA    92612
City    State    Zip

Contact phone  949.252.9400    Email

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**MALCOLM & CISNEROS, A Law Corporation**
2112 Business Center Drive, Second Floor
Irvine CA 92612

A true and correct copy of the foregoing document described as **STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3002.1(g),** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner entitled below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 29, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jenelle C Arnold    ecfcacb@aldridgepite.com, jarnold@ecf.inforuptcy.com
Jared D Bissell    jbissell@hoalaw.com
Steven L Bryson    slblaw1@aol.com, ecf.SLB@gmail.com
Steven L Bryson    slblaw1@aol.com, ecf.SLB@gmail.com
Nancy K Curry (TR)    TrusteeECFMail@gmail.com
Evan M Daily    ecfcacb@piteduncan.com, edaily@piteduncan.com
Philip J Giles    pgiles@allenbarneslaw.com, mvasquez@allenbarneslaw.com
Josh Harrison    jharrison@shp-law.com, Bankruptcy@shp-law.com
Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
Johnathan J Kirby    Johnathan.Kirby@JeffersonCapitalInternational.com
Amy Payment    amy.payment@jeffersoncapitalinternational.com
Casper J Rankin    ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
Joseph M Raymond    MBX_ILMS_Bankruptcy@MCMCG.com
Dhruv M Sharma    ecfcacb@piteduncan.com, crico@mcglinchey.com;selizondo@mcglinchey.com
Lisa B Singer    bkmail@rosicki.com
Ramesh Singh    claims@recoverycorp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **August 29, 2017** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**    Ca-Trece Roxanne Mas`sey 6601 Springpark Ave No 14, Ladera Heights, CA 90056

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 29, 2017 | Rhonda White | /s/ *Rhonda White* |
|---|---|---|
| Date | Type Name | Signature |

| Loan | 1599 | | | | | |
|---|---|---|---|---|---|---|
| BK Case | 11-35416 | | | \* If prior than 12/2011 payment changes were not required to be filed with the courts or with Proof of claim | | |
| Filing Date | 6/13/2011 | | | | | |
| First Post pet date | 7/1/2011 | | | | | |
| Pmt Change Filed | | Effective | Amount | | | |
| POC pmt Filed | | 7/1/2011 | $ 1,287.96 | | | |
| Pmt Change Filed | | 5/1/2012 | $ 1,375.91 | | | |
| Pmt Change Filed | | 1/1/2014 | $ 1,492.86 | | | |
| Pmt Change Filed | | 3/1/2014 | $ 1,499.46 | | | |
| Pmt Change Filed | | 11/1/2016 | $ 2,421.30 | | | |
| Pmt Change Filed | | | | | | |
| Date Rcvd | Amount | | | Amount Due | Due Date | Suspense |
| | | | | $1,287.96 | 7/1/2011 | -$1,287.96 |
| | | | | $1,287.96 | 8/1/2011 | -$2,575.92 |
| | | | | $1,287.96 | 9/1/2011 | -$3,863.88 |
| | | | | $1,287.96 | 10/1/2011 | -$5,151.84 |
| | | | | $1,287.96 | 11/1/2011 | -$6,439.80 |
| | | | | $1,287.96 | 12/1/2011 | -$7,727.76 |
| | | | | $1,287.96 | 1/1/2012 | -$9,015.72 |
| | | | | $1,287.96 | 2/1/2012 | -$10,303.68 |
| | | | | $1,287.96 | 3/1/2012 | -$11,591.64 |
| | | | | $1,287.96 | 4/1/2012 | -$12,879.60 |
| | | | | $1,375.91 | 5/1/2012 | -$14,255.51 |
| | | | | $1,375.91 | 6/1/2012 | -$15,631.42 |
| | | | | $1,375.91 | 7/1/2012 | -$17,007.33 |
| | | | | $1,375.91 | 8/1/2012 | -$18,383.24 |
| | | | | $1,375.91 | 9/1/2012 | -$19,759.15 |
| | | | | $1,375.91 | 10/1/2012 | -$21,135.06 |
| | | | | $1,375.91 | 11/1/2012 | -$22,510.97 |
| | | | | $1,375.91 | 12/1/2012 | -$23,886.88 |
| | | | | $1,375.91 | 1/1/2013 | -$25,262.79 |
| | | | | $1,375.91 | 2/1/2013 | -$26,638.70 |
| | | | | $1,375.91 | 3/1/2013 | -$28,014.61 |
| | | | | $1,375.91 | 4/1/2013 | -$29,390.52 |
| | | | | $1,375.91 | 5/1/2013 | -$30,766.43 |
| | | | | $1,375.91 | 6/1/2013 | -$32,142.34 |
| | | | | $1,375.91 | 7/1/2013 | -$33,518.25 |
| | | | | $1,375.91 | 8/1/2013 | -$34,894.16 |
| | | | | $1,375.91 | 9/1/2013 | -$36,270.07 |
| | | | | $1,375.91 | 10/1/2013 | -$37,645.98 |
| | | | | $1,375.91 | 11/1/2013 | -$39,021.89 |
| | | | | $1,375.91 | 12/1/2013 | -$40,397.80 |
| | | | | $1,492.86 | 1/1/2014 | -$41,890.66 |
| | | | | $1,492.86 | 2/1/2014 | -$43,383.52 |
| | | | Entered AO | | | |

| Date | Amount | | Note | Amount | Date | Balance |
|---|---|---|---|---|---|---|
| 6/27/2014 | $1,499.46 | | | $1,499.46 | 3/1/2014 | $0.00 |
| 7/1/2014 | $1,750.00 | | stip | $1,749.58 | 3/15/2014 | $0.42 |
| 7/11/2014 | $1,749.58 | | | $1,499.46 | 4/1/2014 | $250.54 |
| 7/17/2014 | $1,550.46 | | stip | $1,749.58 | 4/15/2014 | $51.42 |
| 7/25/2014 | $1,500.00 | | | $1,499.46 | 5/1/2014 | $51.96 |
| 8/12/2014 | $1,749.58 | | stip | $1,749.58 | 5/15/2014 | $51.96 |
| 9/3/2014 | $1,500.00 | | | $1,499.46 | 6/1/2014 | $52.50 |
| 9/12/2014 | $1,750.00 | | stip | $1,749.58 | 6/15/2014 | $52.92 |
| 10/9/2014 | $1,550.00 | | | $1,499.46 | 7/1/2014 | $103.46 |
| 11/6/2014 | $1,750.00 | | stip | $1,749.58 | 7/15/2014 | $103.88 |
| 12/5/2014 | $1,550.00 | | | $1,499.46 | 8/1/2014 | $154.42 |
| 1/21/2015 | $1,750.00 | | stip | $1,749.58 | 8/15/2014 | $154.84 |
| 3/5/2015 | $1,550.00 | | | $1,499.46 | 9/1/2014 | $205.38 |
| 5/27/2015 | $1,550.00 | | stip | $1,749.58 | 9/15/2014 | $5.80 |
| 6/18/2015 | $1,550.00 | | | $1,499.46 | 10/1/2014 | $56.34 |
| 7/23/2015 | $1,550.00 | | | | | $1,606.34 |
| 11/17/2015 | $1,550.00 | | | $1,749.58 | 10/15/2014 | $1,406.76 |
| 12/11/2015 | $1,550.00 | | | $1,499.46 | 11/1/2014 | $1,457.30 |
| 1/13/2016 | $1,550.00 | | | $1,749.58 | 11/15/2014 | $1,257.72 |
| 2/16/2016 | $1,550.00 | | | $1,499.46 | 12/1/2014 | $1,308.26 |
| 3/15/2016 | $1,550.00 | | | $1,499.46 | 1/1/2015 | $1,358.80 |
| 4/28/2016 | $1,550.00 | | | $1,499.46 | 2/1/2015 | $1,409.34 |
| 6/15/2016 | $1,550.00 | | | $1,499.46 | 3/1/2015 | $1,459.88 |
| 8/11/2016 | $1,550.00 | | | $1,499.46 | 4/1/2015 | $1,510.42 |
| 11/1/2016 | $2,555.76 | | | $1,499.46 | 5/1/2015 | $2,566.72 |
| | | | | $1,499.46 | 6/1/2015 | $1,067.26 |
| 11/3/2016 | $2,555.76 | | | $1,499.46 | 7/1/2015 | $2,123.56 |
| | | | | $1,499.46 | 8/1/2015 | $624.10 |
| 12/7/2016 | $1,550.00 | | | $1,499.46 | 9/1/2015 | $674.64 |
| 12/16/2016 | $1,550.00 | | | $1,499.46 | 10/1/2015 | $725.18 |
| 1/31/2017 | $1,550.00 | | | $1,499.46 | 11/1/2015 | $775.72 |
| 2/15/2017 | $1,550.00 | | | $1,499.46 | 12/1/2015 | $826.26 |
| 3/14/2017 | $1,550.00 | | | $1,499.46 | 1/1/2016 | $876.80 |
| 4/14/2017 | $1,550.00 | | | $1,499.46 | 2/1/2016 | $927.34 |
| 5/30/2017 | $1,550.00 | | | $1,499.46 | 3/1/2016 | $977.88 |
| 7/3/2017 | $1,550.00 | | | $1,499.46 | 4/1/2016 | $1,028.42 |
| 7/17/2017 | $1,550.00 | | | $1,499.46 | 5/1/2016 | $1,078.96 |
| 8/21/2017 | $1,550.00 | | | $1,499.46 | 6/1/2016 | $1,129.50 |
| | | | due | $1,499.46 | 7/1/2016 | -$369.96 |
| | | | | $1,499.46 | 8/1/2016 | -$1,869.42 |
| | | | | $1,499.46 | 9/1/2016 | -$3,368.88 |
| | | | | $1,499.46 | 10/1/2016 | -$4,868.34 |
| | | | | $2,421.30 | 11/1/2016 | -$7,289.64 |
| | | | | $2,421.30 | 12/1/2016 | -$9,710.94 |
| | | | | $2,421.30 | 1/1/2017 | -$12,132.24 |
| | | | | $2,421.30 | 2/1/2017 | -$14,553.54 |
| | | | | $2,421.30 | 3/1/2017 | -$16,974.84 |

|  |  |  |  | $2,421.30 | 4/1/2017 | -$19,396.14 |
|--|--|--|--|--|--|--|
|  |  |  |  | $2,421.30 | 5/1/2017 | -$21,817.44 |
|  |  |  |  | $2,421.30 | 6/1/2017 | -$24,238.74 |
|  |  |  |  | $2,421.30 | 7/1/2017 | -$26,660.04 |
|  |  |  |  | $2,421.30 | 8/1/2017 | -$29,081.34 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

 Online Banking

## Payment Activity

Results 1-12 of 12

| Pay To: Name Nickname | Pay From | Amount | Deliver By | Confirmation Number | Status |
|---|---|---|---|---|---|
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 08/17/2017 | LZK9X-6QFP9 | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 07/14/2017 | LVV07-J1MD0 | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 06/29/2017 | LTG8S-4FLJQ | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 05/25/2017 | LPT80-0KDHP | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 04/12/2017 | LKC87-127SD | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 03/10/2017 | LG27N-6TMRR | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 02/13/2017 | LC5DL-43GWC | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 01/27/2017 | L9M4L-HBNN9 | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 12/12/2016 | L4SZ8-4VP8S | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 12/02/2016 | L3V9Z-N85RN | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 08/09/2016 | KQRL7-05NL1 | Processed |
| Caliber Home Loans New Mort company 6-16 -1599 | EBANKING-3312 | $1,550.00 | 06/13/2016 | KK08H-8NYSD | Processed |

EXHIBIT 2

EXHIBIT 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Office of Steven L. Bryson
11377 W. Olympic Blvd., #500, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion and Motion for Determination of Whether Debtor has Paid all REquired Post-Petition Amounts [Rule 30002.1(h)]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/18/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/18/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand, 255 E. Temple St., Ste. 1382, Los Angeles, CA 90012
Debtor: Ca-Trece Mas'sey, 6601 Springpark Ave., #14, Ladera Heights, CA 90056

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/18/17 | Amber Ojuri | /s/ Amber Ojuri |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                 F 9013-3.1.PROOF.SERVICE

| In re: | | CHAPTER: 13 |
|---|---|---|
| Ca-Trece Roxanne Mas'sey | Debtor(s). | CASE NUMBER: 2:11-bk-35416-WB |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Served by the Court Via Notice of Electronic Filing cont.

Jenelle C Arnold    ecfcacb@aldridgepite.com, jarnold@ecf.inforuptcy.com
Jared D Bissell    jared@rsbankruptcy.com
Steven L Bryson    slblaw1@aol.com, ecf.SLB@gmail.com
Nancy K Curry (TR)    ecfnc@trustee13.com
Evan M Daily    ecfcacb@piteduncan.com, edaily@piteduncan.com
Philip J Giles    ecfcacb@aldridgepite.com, PJG@ecf.inforuptcy.com;pgiles@aldridgepite.com
Josh Harrison    ADVSupport@w-legal.com, advnotices@w-legal.com
Merdaud Jafarnia bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
Johnathan J Kirby    Johnathan.Kirby@JeffersonCapitalInternational.com
Christina J O  christinao@mclaw.org, CACD_ECF@nckaw,irg
Amy Payment    amy.payment@jeffersoncapitalinternational.com
Casper J Rankin    ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
Dhruv M Sharma    ecfcacb@piteduncan.com, crico@mcglinchey.com;selizondo@mcglinchey.com
Lisa B Singer    bkmail@rosicki.com
Ramesh Singh    claims@recoverycorp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Robert P Zahradka    ecfcacb@aldridgepite.com, RPZ@ecf.inforuptcy.com;rzahradka@aldridgepite.com

Served by United States Mail cont:

Malcolm Cisneros
Attn: Christina J.O
2112 Business Center Dr.
Irvine, CA 92612

Midland Funding LLC by American InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, Ca 92606

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1