Steven L. Bryson, Esq.
LAW OFFICE OF STEVEN L. BRYSON
11377 W. Olympic Blvd., Ste. 500
Los Angeles, CA 90064
(310) 477-4555 – phone
(310) 473-4556 – fax
Office@SteveBryson.com
Bar #86014
Attorney for Debtor



**FILED & ENTERED**

MAR 08 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

CA-TRECE ROXANNE MAS'SEY,

Debtor.

) Chapter 13
) Case No.: 2:11-bk-35416-WB
)
) ORDER CONTINUING HEARING FOR
) DETERMINATION OF WHETHER
) DEBTOR HAS PAID ALL REQUIRED
) POST-PETITION AMOUNTS
)
) Date: 2/28/2018
) Time: 1:30 p.m.
) Place: 255 E. Temple St., Crtrm 1375
)         Los Angeles, CA 90012
)
)

Upon Review of the Stipulation **(Docket No. 179)** of Counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing, scheduled on 2/28/2018 at 1:30 p.m. be, and is hereby continued to 3/28/2018 at 1:30 p.m.

Date: March 8, 2018

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge