Christina J. O, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949)252-9400
(Facsimile) (949)252-1032
Email: christinao@mclaw.org

Attorney for Caliber Home Loans, Inc.,
servicer for U.S. Bank Trust, N.A., as Trustee
for LSF9 Master Participation Trust

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 2:11-bk-35416-WB |
| CA-TRECE ROXANNE MAS'SEY, | Chapter 13 |
| Debtor. | **STIPULATION TO CONTINUE HEARING ON MOTION FOR DETERMINATION OF WHETHER DEBTOR HAS PAID ALL REQUIRED POST-PETITIOIN AMOUNTS** |
| | HEARING: |
| | DATE:  May 16. 2017 |
| | TIME:  01:30 PM |
| | CTRM: 1375 |
| | PLACE: 255 E Temple St., Los Angeles, CA |

**TO THE HONORABLE JULIA W. BRAND UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR AND THE DEBTOR'S ATTORNEY:**

This Stipulation re: Motion for Determination of Whether Debtor has Paid All Required Post-Petition Amounts ("Stipulation") by and between Caliber Home Loans, Inc., servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Caliber") through its

Stipulation                    -1-

counsel of record, Christina J. O of Malcolm ♦ Cisneros, and Ca-Trece Roxanne Mas'sey ("Debtor"), through her counsel of record, Steven L. Bryson of the Law Office of Steven L. Bryson is as follows:

**I.      RECITALS**

1.      On September 11, 2012, a Proof of Claim regarding Ca-Trece Roxanne Mas'sey's ("Borrower") loan account was filed in the above entitled bankruptcy case as Claim No. 17.

2.      On March 12, 2014, an Adequate Protection Order ("APO") was entered regarding the post-petition payments due on Borrower's loan account.

3.      On January 13, 2017, Transfer of Claim No. 17 was filed transferring the claim to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust as creditor and Caliber Home Loans, Inc. as servicer.

4.      On August 8, 2017, the Chapter 13 Trustee filed a Notice of Final Cure Payment.

5.      On August 29, 2017, Caliber filed a Response to Notice of Final Cure Payment which stated that the pre-petition default had been cured, however further stated that Debtor did not tender all post-petition payments.

6.      At a continued hearing held on April 5, 2018, the Court set a briefing schedule so that the parties may brief the issue regarding the interest rate reflected in a payment change notice filed on October 5, 2016 as a supplement to Proof of Claim 17 ("PCN"), which increased the monthly payment due commencing November 1, 2016.

7.      Following the hearing, the parties have resolved the issue regarding the interest rate increase reflected in the PCN, and have agreed to assert a monthly payment of $1,499.46 from November 1, 2016 forward, subject to change pursuant to the loan contract and applicable law.

8.      Caliber has provided Debtor a post-petition history to the satisfaction of Debtor's counsel and Debtor, for further review by Debtor.  Debtor intends to obtain and offer evidence of payments to Caliber.

II. STIPULATION

1.      As the Parties have resolved the issue which necessitated further briefing, and Debtor intends to obtain and offer evidence of payments, the Parties agree and request the briefing schedule

1 || be vacated and that the continued hearing currently set for May 16, 2016 be continued to May 30,

2 || 2018 at 1:30pm or to a date and time convenient for the Court.

3 || IT IS SO STIPULATED

4

5

6 | DATED: April 25, , 2018          DATED: April 26 , 2018

7

8 | STEVEN L. BRYSON                 CHRISTINA J. O

   Attorney for Debtor              Attorney for Caliber Home Loans, Inc.,

9                                   servicer for U.S. Bank Trust, N.A., as Trustee

                                    for LSF9 Master Participation Trust

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28