Christina J. O, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949)252-9400
(Facsimile) (949)252-1032
Email: christinao@mclaw.org

Attorney for Caliber Home Loans, Inc., servicer for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CA-TRECE ROXANNE MAS'SEY,<br><br>Debtor. | Bankruptcy Case No. 2:11-bk-35416-WB<br><br>Chapter 13<br><br>**SUPPLEMENTAL DECLARATION RE: MOTION FOR DETERMINATION OF WHETHER DEBTOR HAS PAID ALL REQUIRED POST-PETITIOIN AMOUNTS [RULE 3002.1(h)]**<br><br>HEARING:<br>DATE:  November 6, 2018<br>TIME:  01:30 PM<br>CTRM: 1375<br>PLACE: 255 E Temple St., Los Angeles, CA |

I, Eric Smith, declare:

     1. I am an Assistant Vice President of Bankruptcy of Caliber Home Loans, Inc., servicer and attorney in fact for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Caliber" or "Creditor").  In the foregoing capacity I have knowledge of the status and history of the Ca-Trece Roxanne Mas'sey's ("Borrower") loan account, and if called upon to testify thereto I could and would do so competently and truthfully.  I am authorized to sign this declaration

Declaration                                          -1-

on behalf of Caliber Home Loans, Inc., servicer and attorney in fact for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust.

2. As part of my job responsibilities for Caliber, I have access to the business records of Caliber as they relate to the Borrower's loan account. The records of Caliber are made and kept in the ordinary course of business by persons who have a business duty to make such records on behalf of Caliber. The records are made at or near the time of the occurrence of the event or events of which they are recorded. I have personally reviewed the records of Caliber as they relate to the Borrower's loan account herein. The records reflect the payments made, the payments missed, and all charges accruing under the Borrower's loan account. Therefore, I am personally familiar with the status of the Borrower's loan account.

3. On September 11, 2012, a Proof of Claim regarding Borrower's loan account was filed in the above entitled bankruptcy case as Claim No. 17.

4. Based upon the business records of Caliber, on or about June 16, 2014 the Borrower's loan account was transferred from AMS Servicing LLC servicing for The Bank of New York Mellon Trust Company National Association as grantor trustee of the Protium Master Grantor Trust to Ocwen Loan Servicing, LLC.

5. Based upon Caliber's review of the business records, in July of 2014, the following payments, Ocwen Loan Servicing, LLC received payments from the prior servicer AMS Servicing, which were applied to the Debtor's loan account as follows:

    i. On or about July 1, 2014 in the amount of $1,750.00 was applied to Debtor's loan account, which was the payment received by AMS Servicing on or about 4/11/2014.

    ii. On or about July 11, 2014 in the amount of $1,749.58 was applied to Debtor's loan account, which was the payment received by AMS Servicing on or about 7/2/2014.

    iii. On or about July 17, 2014 in the amount of $1,550.46 was applied to Debtor's loan account which was the payment received by AMS Servicing on or about 5/19/2014.

1    6. Caliber has provided the Debtor a credit in the amount of $4,498.38 (3 payments of $1,499.46), which was applied to the Debtor's loan account.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of October 2018 in San Diego, CA.

*/s/ Eric Smith*

Name: Eric Smith
Title of Declarant:
Assistant Vice President of Bankruptcy

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as its attorney in fact

Declaration     -3-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**2112 Business Center Drive**
**Irvine CA 92612**

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION RE: MOTION FOR DETERMINATION OF WHETHER DEBTOR HAS PAID ALL REQUIRED POST-PETITIOIN AMOUNTS [RULE 3002.1(h)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 31, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR)    TrusteeECFMail@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 31, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

HONORABLE BANKRUPTCY COURT JUDGE: Sandra R. Klein, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012
DEBTOR: Ca-Trece Roxanne Mas'sey, 6601 Springpark Ave No 14, Los Angeles, CA 90056

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 31, 2018 | Tami Scholtz | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Continuation Page

- Jenelle C Arnold    ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com
- Jared D Bissell    jbissell@hoalaw.com
- Steven L Bryson    slblaw1@aol.com, ecf.SLB@gmail.com
- Evan M Daily    ecfcacb@piteduncan.com, edaily@piteduncan.com
- Philip J Giles    pgiles@allenbarneslaw.com, mvasquez@allenbarneslaw.com
- Josh Harrison    jharrison@shp-law.com, Bankruptcy@shp-law.com
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Johnathan J Kirby    Johnathan.Kirby@JeffersonCapitalInternational.com
- Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
- Amy Payment    amy.payment@jeffersoncapitalinternational.com
- Casper J Rankin    ecfcacb@aldridgepite.com, CJR@ecf.inforuptcy.com
- Joseph M Raymond    MBX_ILMS_Bankruptcy@MCMCG.com
- Dhruv M Sharma    ecfcacb@piteduncan.com, crico@mcglinchey.com;selizondo@mcglinchey.com
- Lisa B Singer    bkmail@rosicki.com
- Ramesh Singh    claims@recoverycorp.com
- Madison C Wilson    mwilson@rasflaw.com, ras@ecf.courtdrive.com;bkyecf@rasflaw.com
- Robert P Zahradka    ecfcacb@aldridgepite.com, RPZ@tblaw.com

2. **SERVED BY UNITED STATES MAIL**: Continuation Page

Midland Funding LLC by American InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
POB 41067
NORFOLK, VA 23541

The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust
LAW OFFICES OF LES ZIEVE
30 Corporate Park, Suite 450
Irvine, ca 92606